MILTON J. MUSCHETTE v. THE GATEWAY INSURANCE CO.

June 12, 1980.

Cross–Petition for certification denied.

———

JOHN AMBROSE, JR. v. ELIZABETH L. AMBROSE.

June 12, 1980.

Petition for certification denied.

———

JOHN AMBROSE, JR. v. ELIZABETH L. AMBROSE.

June 12, 1980.

Cross–Petition for certification denied.